**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| ANGEL IBANEZ HERNANDEZ, § <br> JORGE CARLOS MANCILLA CUEVAS, § <br> FELIPE GARCIA, II, and § <br> JOSE SANTOS GOMEZ, § <br> § <br> Plaintiffs, § <br> § <br> v.   § <br> § <br> GOFF PROPERTIES, LLC; § <br> GOFF DAIRY PROPERTIES, LLC; § <br> GOFF DAIRY, LLC § <br> ROCKY TOP DAIRY PROPERTIES, LLC § <br> ROCKY TOP DAIRY, LLC; AND § <br> RED ROPE ELEVEN, LLC, § <br> § <br> Defendants. § | Civil Action No. 24-CV-0211 |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER THE PLAINTIFFS' ORIGINAL COMPLAINT OR FILE A MOTION UNDER FED. R. CIV. P. 12(b)**

THIS MATTER is before the Court on Defendants' Unopposed Motion for Extension of Time to Answer the Plaintiff's Original Complaint or File a Motion Under Fed. R. Civ. P. 12(b), (Doc. 4), (the "Motion"). After due consideration of the Motion, and good cause appearing, the Court is of the opinion that the Motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED that the Motion is GRANTED and Defendants are granted an extension through June 22, 2024 to answer the Plaintiff's Original Complaint or file a motion under Fed. R. Civ. P. 12(b)

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**APPROVED AS TO FORM:**

*/s/ Jerome Wesevich*
Jerome Wesevich
Attorney for Plaintiffs


*/s/ Mark C. Walker*
Mark C. Walker
Attorney for Defendants