IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IBANEZ HERNANDEZ, *et al*.,

    Plaintiffs,

    v.                                                                                    No. 2:24-cv-211 WJ/KRS

GOFF PROPS., LLC, *et al.*,

    Defendants.

## ORDER EXTENDING DEADLINES

Upon the parties' joint representation that the following extensions may promote resolution of this litigation, the Court **VACATES** the November 25, 2024 status conference and **EXTENDS** scheduling order, discovery, and briefing deadlines as follows:

1) The deadline for Defendants' response in opposition to Plaintiffs' motion to compel (ECF No. 20), is extended from November 22, 2024 to December. 2, 2024. Plaintiff's reply, if any, will be due December 9, 2024.

2) The deadline for Plaintiffs' responses to Defendants' first set of written discovery is extended from November 18, 2024 to December 2, 2024.

3) Plaintiffs' amendment and joinder deadline is extended from November 15, 2024 to November 25, 2024.

4) Defendants' amendment and joinder deadline is extended from December 16, 2024 to December 26, 2024.

5) Discovery status report deadline is extended from November 20, 2024 to December 6, 2024.

6) The status conference/discovery hearing scheduled for November 25, 2024 is continued to December 11, 2024 at 10:30 a.m.

IT IS SO ORDERED this 15th day of November, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE